UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY L. PONTZ,

    Plaintiff,

v.                                                    Case No. 1:14-cv-54
                                                      Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is reversed pursuant to sentence four and sentence six of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED.**

Dated:  March 27, 2015                                           <u>/s/ Hugh W. Brenneman, Jr.</u>
                                                                                 HUGH W. BRENNEMAN, JR.
                                                                                 United States Magistrate Judge